11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In re Nathan Lee Gonzales,                    * Original Mandamus Proceeding

No. 11-13-00225-CR                            * August 8, 2013

                                              * Per Curiam Memorandum Opinion
                                                (Panel consists of: Wright, C.J.,
                                                McCall, J., and Willson, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.